UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAVIN CHANDER THALASILA,<br><br>    Plaintiff,<br><br> v.<br><br>WAYNE LO,<br><br>    Defendant. | Case No.   23-cv-06116-EJD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE; DENYING MOTION FOR DEFAULT JUDGMENT; DISMISSING COMPLAINT FOR LACK OF PERSONAL JURISDICTION**<br><br>Re: ECF No. 17 |

  Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge Cousins. *See* ECF No. 17.  No objections to the Report and Recommendation have been received.

  IT IS ORDERED: (1) that the Report and Recommendation of the United States Magistrate Judge is ADOPTED IN FULL and (2) that Plaintiff Pravin Chander Thalasila's Motion for Default Judgment, *see* ECF No. 10, is DENIED for lack of personal jurisdiction over Defendant Wayne Lo, dba ESREALTIME.  Plaintiff is ORDERED to serve a copy of this order on Defendant.

  Because jurisdiction is improper in this court, the action is DISMISSED without prejudice. The Clerk of Court shall close the case file.

  **IT IS SO ORDERED.**

Dated: April 1, 2024

                         EDWARD J. DAVILA
                         United States District Judge

Case No.: 23-cv-06116-EJD
ORDER ADOPTING REP. & REC.; DENYING MOT. DEFAULT J.; DISMISSING COMPL.

1